1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-6392          Fax:  (510) 238-6500
5  26357/534618

6  Attorneys for Defendants
7  CITY OF OAKLAND, et al.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  DARRELL CURRY,                          Case No.  C-08-03695-SBA
12                  Plaintiff,
                                            **STIPULATION AND
13       vs.                                ORDER TO CONTINUE INITIAL
                                            CASE MANAGEMENT
14                                          CONFERENCE**
15  CITY OF OAKLAND, a municipal corporation;
    WAYNE TUCKER, in his official capacity as
16  Chief of Police for the CITY OF OAKLAND; and,
    Oakland police officers DOES 1-25, inclusive,
17
                    Defendants.
18

19

20       It is hereby stipulated by the parties, through their respective counsel,

21  that the initial Case Management Conference presently scheduled by telephone for

22  Wednesday, December 10, 2008 at 3:15 p.m. be continued to **Wednesday**, **February  25,**

23  **2009 at 3:15 p.m**.  The parties further agree to file their Joint Case Management

24  Statement with the Court no later than **February 13, 2009**, and to complete initial

25  disclosures or state objection in Rule 26(f) report no later than **February 13, 2009**.

26  ///

1   Good cause exists for this continuance on the ground that Arlene Rosen,
2   counsel for defendants, has a calendar conflict at the date and time currently set for the
3   initial Case Management Conference, and counsel for plaintiff expects to be in trial for
4   much of January and February of 2009.

5   DATED:  November 21, 2008     OFFICE OF THE CITY ATTORNEY OF OAKLAND
6
7                                  By:/s//ARLENE M. ROSEN
                                        ARLENE M. ROSEN
8                                       Senior Deputy City Attorney
                                        Attorneys for Defendants
9                                       CITY OF OAKLAND, et al.

10

11  DATED:  November 20, 2008     LAW OFFICES OF JOHN L. BURRIS

12                                 By: /s//BENJAMIN NISENBAUM
                                        BENJAMIN NISENBAUM
13                                      Attorneys for Plaintiff
                                        DARRELL CURRY
14
15                                      **ORDER**

16      IT IS HEREBY ORDERED that the initial Case Management Conference in
17  this matter, currently set by telephone for December 10, 2008 at 3:15 p.m.  is continued
18  to February  25, 2009 at 3:15 p.m.   The parties shall file a Joint Case Management
19  Conference Statement and serve Initial Disclosures or state object in Rule 26(f) report no
20  later than February 13, 2009.
21  DATED: 12/8/08
22
23
24                                  _____
                                    UNITED STATES DISTRICT JUDGE
25
26