JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiff
DARRELL CURRY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CURRY,<br><br>                  Plaintiff,<br><br>       vs.<br><br>CITY OF OAKLAND, a municipal corporation; et al.<br><br>                  Defendants.<br>_____/ | Case No.  C 08 03695 SBA<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## STIPULATION

WHEREAS, the Court previously granted Plaintiff's counsel leave to file an Amended Complaint to name the individual Defendant Officers in the above-noted matter; and,

WHEREAS Plaintiff timely filed a First Amended Complaint naming two individual Defendant Officers in the above-noted matter; and,

WHEREAS Plaintiff erroneously identified one officer named in the First Amended Complaint as "S. VALLE," and should have named this Defendant Officer as "M. VALLE"; and,

WHEREAS neither Defendant S. BARRE nor the erroneously identified Defendant S. VALLE have answered the First Amended Complaint.

The parties hereby stipulate that Plaintiff shall file a Second Amended Complaint, amended to reflect Defendant Officer M. VALLE as a Defendant Officer, and dismissing with prejudice S. VALLE as a named Defendant Officer.

Respectfully Submitted,

Dated:  May 5, 2009            /s/ Benjamin Nisenbaum
                               Benjamin Nisenbaum
                               Attorneys for Plaintiff
                               Darrell Curry

Dated: May 12, 2009            /s/ Arlene M. Rosen
                               Arlene M. Rosen
                               Attorney for Defendants
                               City of Oakland, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/21/09                 _Saundra B Armstrong_
                               Honorable Saundra Brown Armstrong