JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392      Fax: (510) 238-6500
26357/589821

Attorneys for Defendants
CITY OF OAKLAND, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CURRY, | Case No. C-08-03695-SBA |
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY OF OAKLAND; M. VALLE, individually and in his capacity as a police officer for the CITY OF OAKLAND; S. BARRE, individually and in his official capacity as a police officer for the CITY OF OAKLAND; and Oakland police officers DOES 3-25, inclusive, | |
| Defendants. | |

It is hereby stipulated by the parties, through their respective counsel, that the Settlement Conference presently scheduled with Magistrate Judge Joseph Spero on Thursday, September 10, 2009 at 9:30 a.m. be continued to Thursday, October 15, 2009 at 9:30 a.m., or to such other date the Court and the parties mutually agree upon.

///

Good cause exists for this continuance on the ground that Defendant M. Valle has not yet entered an appearance in this action, having only recently been served with the Second Amended Complaint, and the parties have been unable to conduct a sufficient amount of discovery to afford a fruitful settlement discussion by the currently scheduled date.

DATED: August 13, 2009     OFFICE OF THE CITY ATTORNEY OF OAKLAND

By://s//ARLENE M. ROSEN
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants
CITY OF OAKLAND, et al.

DATED: August 13, 2009     LAW OFFICES OF JOHN L. BURRIS

By: //s//BENJAMIN NISENBAUM
BENJAMIN NISENBAUM
Attorneys for Plaintiff
DARRELL CURRY

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Settlement Conference in this matter, currently set before Magistrate Judge Joseph Spero at 9:30 a.m. on September 10, 2009 is continued to 9:30 a.m. on October 15, 2009. The parties shall file settlement conference statements no later than October 1, 2009.

DATED: __August 14, 2009__

UNITED STATES [signature] JUDGE
Judge Joseph C. Spero