UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Darrell Curry,  No. C08-3695 SBA (JCS)

        Plaintiff(s),   **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

    v.

City of Oakland, et al.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **November 12, 2009, at 2:00 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **November 5, 2009.**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: October 19, 2009

                                                        JOSEPH C. SPERO
United States Magistrate Judge