JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiff
DARRELL CURRY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CURRY,<br><br>       Plaintiff,<br><br>  vs.<br><br>CITY OF OAKLAND, a municipal corporation; et al.<br><br>       Defendants.<br>_____/ | Case No. C 08 03695 SBA<br><br>**STIPULATION AND ORDER TO MODIFY ORDER FOR PRETRIAL PREPARATION** |

Due to continued discovery, the parties request to modify the Court's Order for Pretrial Preparation of May 1, 2009 as follows:

| CURRENT PRETRIAL ORDER | **PRETRIAL ORDER** |
|---|---|
| **A. DISCOVERY CUT-OFF** ||
| All discovery, except for expert discovery, shall be completed and all depositions taken on or before *12/8/09*. The parties are responsible for scheduling discovery so that motions to resolve discovery disputes can be heard before the above discovery cut-off. | All discovery, except for expert discovery, shall be completed and all depositions taken on or before **04/30/10**. The parties are responsible for scheduling discovery so that motions to resolve discovery disputes can be heard before the above discovery cut-off. |
| **B. EXPERT DESIGNATION AND DISCOVERY** ||
| Plaintiff shall designate any experts by *12/8/09*; defendant by *12/8/09*; rebuttal disclosure by *NOT SET*. Any expert not so named may be disallowed as a witness. No expert will be permitted to testify to any opinion, or basis or support for an opinion, that has not been disclosed in response to an appropriate question or interrogatory from the opposing party. Expert discovery shall be completed by *12/15/09*. | Plaintiff shall designate any experts by **04/30/10**; defendant by **04/30/10**; rebuttal disclosure by *NOT SET*. Any expert not so named may be disallowed as a witness. No expert will be permitted to testify to any opinion, or basis or support for an opinion, that has not been disclosed in response to an appropriate question or interrogatory from the opposing party. Expert discovery shall be completed by **05/14/10**. |
| **C. MOTION CUT-OFF** ||
| All motions including dispositive motions shall be *heard* on or before *1/19/10*, at 1:00 p.m. The parties must meet and confer *prior* to filing any motion. The movant shall certify to the Court in its moving papers that it has complied with this requirement. Should the parties fail to meet and confer, the Court may decline to entertain the motion. | All motions including dispositive motions shall be *heard* on or before **05/25/2010**, at 1:00 p.m. The parties must meet and confer *prior* to filing any motion. The movant shall certify to the Court in its moving papers that it has complied with this requirement. Should the parties fail to meet and confer, the Court may decline to entertain the motion. |
| **D. MANDATORY SETTLEMENT CONFERENCES** ||
| All parties are ordered to participate in a mandatory settlement conference during the following time period: *BETWEEN 1/20-2/5/10 BEFORE A MAGISTRATE JUDGE*. | All parties are ordered to participate in a mandatory settlement conference during the following time period: *BETWEEN 5/26-6/11/10 BEFORE A MAGISTRATE JUDGE*. |

The Parties have been in discussions with Judge Spero's Courtroom Deputy regarding Settlement Conference dates and the parties have been advised that Judge Spero is currently available in January or February of 2010.

| CURRENT PRETRIAL ORDER | **PRETRIAL ORDER** |
|---|---|
| **E. PRETRIAL CONFERENCE** ||
| All Counsel who will try the case shall appear for a pretrial conference in Courtroom 3 on *3/2/10*, at 1:00 p.m. All Counsel shall be fully prepared to discuss all aspects of the trial. Failure to file the requisite pretrial documents in advance of the pretrial conference may result in vacation of the pretrial conference and/or the imposition of sanctions. ***ALL PARTIES WITH SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND THE PRETRIAL CONFERENCE.*** | All Counsel who will try the case shall appear for a pretrial conference in Courtroom 3 on **7/06/10** 1:00 p.m. All Counsel shall be fully prepared to discuss all aspects of the trial. Failure to file the requisite pretrial documents in advance of the pretrial conference may result in vacation of the pretrial conference and/or the imposition of sanctions. ***ALL PARTIES WITH SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND THE PRETRIAL CONFERENCE.*** |
| **F. PRETRIAL PREPARATION DUE *2/9/10*** | **F. PRETRIAL PREPARATION DUE 6/15/10** |
| 1. Not less that *thirty* (30) *calendar days* prior to the pretrial conference, Counsel shall meet and confer in good faith in advance of complying with the following pretrial requirements in order to clarify and narrow the issues for trial, arrive at stipulations of facts, simplify and shorten the presentation of proof at trial, and explore possible settlement. In addition, Counsel shall meet and confer regarding anticipated motions in limine, objections to evidence, jury instructions, and any other matter which may require resolution by the Court. | 1. Not less that *thirty* (30) *calendar days* prior to the pretrial conference, Counsel shall meet and confer in good faith in advance of complying with the following pretrial requirements in order to clarify and narrow the issues for trial, arrive at stipulations of facts, simplify and shorten the presentation of proof at trial, and explore possible settlement. In addition, Counsel shall meet and confer regarding anticipated motions in limine, objections to evidence, jury instructions, and any other matter which may require resolution by the Court. |
| 2. The following matters shall be accomplished no later than *twenty-one* (21) *calendar days* prior to the pretrial conference:<br><br>**a. Joint Pretrial Statement** | 2. The following matters shall be accomplished no later than *twenty-one* (21) *calendar days* prior to the pretrial conference:<br><br>**a. Joint Pretrial Statement** |

| CURRENT PRETRIAL ORDER | **PRETRIAL ORDER** |
|---|---|
| 3. The following matters shall be accomplished no later than *fourteen* (14) *calendar days* prior to the pretrial conference: **Motions in Limine and Objections to Evidence due:** *2/16/10.* Each party anticipating making motion(s) in limine and/or objection(s) to any testimony or exhibits expected to be offered shall file and serve a statement briefly identifying each item objected to and the grounds for the objection. | 3. The following matters shall be accomplished no later than *fourteen* (14) *calendar days* prior to the pretrial conference: **Motions in Limine and Objections to Evidence due: 6/22/***10.* Each party anticipating making motion(s) in limine and/or objection(s) to any testimony or exhibits expected to be offered shall file and serve a statement briefly identifying each item objected to and the grounds for the objection. |

## H. TRIAL DATE

| | |
|---|---|
| Trial before the *JURY* will begin on *3/8/10*, at 8:30 a.m., for an estimated *3-5* trial days, or as soon thereafter as the Court may designate. The parties are advised that they must be prepared to go to trial on a trailing basis. The trial will take place in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612. The Court's trial hours are from 8:30 a.m. to 2:00 p.m., with two fifteen-minute breaks, on Monday, Wednesday, Thursday and Friday. *On the first day of trial all parties are required to have someone in Court with full Settlement Authority.* | Trial before the *JURY* will begin on **07/12/10,** at 8:30 a.m., for an estimated *3-5* trial days, or as soon thereafter as the Court may designate. The parties are advised that they must be prepared to go to trial on a trailing basis. The trial will take place in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612. The Court's trial hours are from 8:30 a.m. to 2:00 p.m., with two fifteen-minute breaks, on Monday, Wednesday, Thursday and Friday. *On the first day of trial all parties are required to have someone in Court with full Settlement Authority.* |

There are additional items on the Court's Pretrial Order for Preparation with which the parties are familiar, and therefore did not list on this request to modify the Pretrial Order. Due to their familiarity with the omitted items, the parties will conduct themselves appropriately.

Respectfully Submitted,

Dated: November 24, 2009      /s/ Benjamin Nisenbaum
                              Benjamin Nisenbaum
                              Attorneys for Plaintiff
                              Darrell Curry

Dated: November 25, 2009      /s/
                              Arlene M. Rosen
                              Attorney for Defendants
                              City of Oakland, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/8/09                *Saundra B. Armstrong*
                              Honorable Saundra Brown Armstrong